IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DAVID B. MELTON,                                                                                            PLAINTIFFS
247 FARMS, INC., and
PEA PATCH ROAD FARMS, LLP

v.                                                      CIVIL ACTION NO. 3:22-cv-161-SA-RP

GREAT PLAINS MANUFACTURING, INCORPORATED                 DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on July 28, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 1st day of February, 2023.

                                                                    /s/ Sharion Aycock
                                                                   UNITED STATES DISTRICT JUDGE